

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2017

No. 04-17-00467-CV

Erasmo **CANTU** and Eugenia Cantu,
Appellants

v.

**FALCON INTERNATIONAL BANK**,
Appellee

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 11-08-26743-MCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

## O R D E R

The appellants' brief was originally due to be filed in this appeal on September 27, 2017. This court granted appellants' first motion for extension of time to file the brief, extending the deadline for filing the brief to October 27, 2017. The brief was not filed by the extended deadline. It is therefore ORDERED that appellants show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of November, 2017.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court